Ballstaedt Law Firm, LLC d/b/a Fair Fee Legal Services
Seth D. Ballstaedt, Esq. Bar # 11516
8751 W Charleston Blvd #230
Las Vegas, NV 89117
(702) 715-0000
help@bkvegas.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No. 23-15302-abl |
|---|---|
| MANDEEP SINGH<br>JASPREET KAUR | Chapter: 7 |
| Debtor(s) | Trustee: L. Schwartzer |

### DECLARATION OF ATTORNEY SETH D. BALLSTAEDT, ESQ
### RE: BIFURCATED FEE AGREEMENT

I, Seth D. Ballstaedt, Esq., attorney for the Debtor(s) in the above captioned case hereby declare as follows:

1. I have in this case complied with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Nevada Local Bankruptcy Rules, and the Nevada Rules of Professional Responsibility.

2. My client has been verbally advised regarding the risks of filing bankruptcy.

3. My client has been verbally advised regarding the differences between traditional and bifurcated fee agreements.

4. The fee agreement in the instant case complies with 11 U.S.C. § 526(a)(3), and does not misrepresent the legal services that will be provided.

5. The fee agreement complies with 11 U.S.C. § 528(a)(1) by clearly and conspicuously explaining the services provided, fees charged, and terms of payment.

6. The fee agreement does not misrepresent services I am required by law to perform.

7. The fee agreement does not misrepresent my legal or ethical obligations.

8. The reasonable inquiry required by Federal Rule of Bankruptcy Procedure 9011 and 11 U.S.C. § 707(b)(4) was performed before filing the petition, including a determination by an attorney as to the appropriate chapter, and whether filing bankruptcy is appropriate.

9. The Form B2030 Disclosure of Attorney Compensation complies with 11 U.S.C. §§ 329 and 526(a)(2), and Federal Rules of Bankruptcy Procedure 2016 and 2017, by disclosing all aspects of all fee arrangements between myself and the debtor in this case.

10. A supplemental 2016(b) statement shall be filed to reflect any payment or agreement not previously disclosed.

11. Any commitment or obligation for the post petition payment of attorney fees will be specified on my client's Schedule J.

12. A request for an extension of the time to file schedules and statements will be timely filed if the schedules and statements cannot be filed timely.

I declare the foregoing to be true and correct to the best of my knowledge and belief and I would be willing to testify thereto should I be asked to do so.

/s/ Seth D. Ballstaedt, Esq.
Seth D. Ballstaedt, Esq.